# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY LEE WILLIS,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00291-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (First Request) (#15), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#15) is **GRANTED**. Respondents shall have through March 7, 2008, to file and serve an answer or other response to the Second Amended Petition (#12).

DATED this 31st day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE