# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY LEE WILLIS,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00291-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (Second Request) (#17), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#17) is **GRANTED**. Respondents shall have through April 18, 2008, to file and serve an answer or other response to the Second Amended Petition (#12).

    DATED this 12th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE